1  **BRODSKY & SMITH, LLC**
   Evan J. Smith, Esquire (SBN 242352)
2  esmith@brodskysmith.com
   Ryan P. Cardona, Esquire (SBN 302113)
3  rcardona@brodskysmith.com
   9595 Wilshire Boulevard, Suite 900
4  Beverly Hills, CA 90212
   Phone: (877) 534-2590
5  Facsimile: (310) 247-0160

6  *Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KAPELA, on behalf of himself and all others similarly situated, | Civil Action No.: 3:18-cv-06847-JST |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| PANDORA MEDIA, INC., GREGORY B. MAFFEI, ROGER CONANT FAXON, DAVID J. FREAR, JASON HIRSCHHORN, TIMOTHY LEIWEKE, ROGER J. LYNCH, MICHAEL M. LYNTON, JAMES E. MEYER, MICKIE ROSEN, SIRIUS XM HOLDINGS INC., AND WHITE OAKS ACQUISITION CORP, | |
| Defendants. | |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Richard Kapela ("Plaintiff") voluntarily dismisses this action with prejudice as to Plaintiff only and without prejudice as to the putative class.  This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment.  Since no class has been certified and the dismissal is with prejudice to Plaintiff only and without prejudice as to all other members of the putative class, notice of this dismissal is not required. Plaintiff's dismissal of this Action is effective upon filing of this notice.

| | |
|---|---|
| Dated: February 15, 2019 | **BRODSKY & SMITH, LLC** |
| | By:  */s/ Evan J. Smith*  |
| | Evan J. Smith, Esquire (SBN 242352) |
| | esmith@brodskysmith.com |
| | Ryan P. Cardona, Esquire (SBN 302113) |
| | rcardona@brodskysmith.com |
| | 9595 Wilshire Blvd., Ste. 900 |
| | Phone:  (877) 534-2590 |
| | Facsimile (310) 247-0160 |
| | |
| | *Attorneys for Plaintiff* |

- 2 -
NOTICE OF VOLUNTARY DISMISSAL